

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00547-CR

Daniel **LOPEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. 08-CRJ-07
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 24, 2013.

_____
Rebeca C. Martinez, Justice